UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Huntington Barclay, et al</u>

          v.                    Civil No. 06-cv-368-SM

<u>US Army Corps of Engineers, et al</u>

ORDER ON NONCONFORMING DOCUMENT
IN ACCORDANCE WITH LOCAL RULE 5.2

DOCUMENT/FILER:   #32, Combined Objection and Cross Motion for Summary Judgment, filed by Federal Defendants

DATE:   May 18, 2007

The document above fails to comply with:

LR 7.1(a)(1)   Motions, other than those submitted during trial, shall be considered only if submitted separately from other filings and only if the word ''motion'' appears in the title. The pleading will be accepted as an Objection to the Motion for Summary Judgment. A Cross Motion for Summary Judgment must be filed separately.

The document will remain on file. Unless a document curing the defect is filed by May 29, 2007, the original document will be treated as withdrawn and will not be ruled upon by a judicial officer. The document curing the defect shall be filed in ECF.

No action on the nonconforming motion will be taken until the defect is cured.

Any time periods with regard to this document will run from the date the defect is cured by the submission of a conforming pleading without further order of the court.

SO ORDERED.

May 21, 2007

                                                             _____
                                                             Steven J. McAuliffe
                                                             Chief Judge

cc:   Andrew W. Serell, Esq.
       Laural A. Bedig, Esq.
       Matthew R. Johnson, Esq.